UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

UNITED STATES OF AMERICA,

    Plaintiff,

    v.

RAFAEL DAVILA,

    Defendant.

NO.  CR-03-021-RHW

**ORDER GRANTING DEFENDANT'S MOTION TO AMEND CONDITIONS OF RELEASE**

On April 21, 2005, Defendant filed a Motion to Amend Conditions of Release (Ct. Rec. 252).  Defendant asks for permission to travel to Boise, Idaho for a family reunion.  According to Defendant, United States Probation and the Government do not object to the Court allowing him to travel to Boise, Idaho.

Accordingly, **IT IS HEREBY ORDERED:**

1.    Defendant's Motion to Amend Conditions of Release (Ct. Rec. 252) is **GRANTED**.

2.    Defendant is permitted to travel by car to Boise, Idaho, leaving Spokane on May 3, 2005, and returning to Spokane on May 12, 2005.  Defendant shall stay with his sister, Mrs. Olga Bennett, 4701 Rose Hill Drive, Boise, Idaho.

3.    Defendant is directed to report daily to the U.S. Probation Office in Spokane.

4.  All other terms and conditions pertaining to Defendant shall remain in force.

///

**ORDER GRANTING DEFENDANT'S MOTION TO AMEND CONDITIONS OF RELEASE ~ 1**

1  **IT IS SO ORDERED.**  The District Court Executive is hereby directed to enter

2 this order and to furnish copies to counsel.

3  **DATED** this 22nd day of April, 2005.

4

5         s/ ROBERT H. WHALEY

6        United States District Judge

7

8 Q:\CRIMINAL\2003\Davila\amend2.order.wpd

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**ORDER GRANTING DEFENDANT'S MOTION TO AMEND CONDITIONS OF RELEASE ~ 2**