UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>RAFAEL DAVILA,<br><br>    Defendant. | NO. CR-03-021-RHW<br><br>**ORDER DENYING, AS MOOT, DEFENDANT'S MOTION FOR PARTIAL JUDGMENT OF ACQUITTAL PURSUANT TO CrR 29** |

Before the Court is Defendant's Motion for Partial Judgment of Acquittal Pursuant to CrR 29 (Ct. Rec. 321). Defendant made the motion after the Government rested its case. The Court took the motion under advisement. On June 24, 2005, the jury acquitted Defendant of all charges against him.

Accordingly, **IT IS HEREBY ORDERED**:

1. Defendant's Motion for Partial Judgment of Acquittal Pursuant to CrR29 (Ct. Rec. 321) is **DENIED, as moot**.

**IT IS SO ORDERED**. The District Court Executive is hereby directed to enter this order.

**DATED** this 30th day of June, 2005.

                            s/ ROBERT H. WHALEY
                            United States District Judge

Q:\CRIMINAL\2003\Davila\deny.moot.wpd

**ORDER DENYING, AS MOOT, DEFENDANT'S MOTION FOR PARTIAL JUDGMENT OF ACQUITTAL PURSUANT TO CrR 29 ~ 1**